**Order entered May 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00601-CV

### IN RE RUBEN GARCES MORENO, Relator

**Original Proceeding from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F-0251303**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** realtor's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/     LANA MYERS
          JUSTICE